# UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF VIRGINIA

In re: ZHILA SALAHSHOUR-ASL                                                                 Case No.: 05-11503-SSM

Debtors

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Thomas P. Gorman, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/21/2005.
2) The plan was confirmed on 08/11/2005.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/14/2007, 08/22/2007.
5) The case was converted on 05/08/2009.
6) Number of months from filing or conversion to last payment: 48.
7) Number of months case was pending: 51.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 150,898.00.
10) Amount of unsecured claims discharged without full payment: .00.
11) All Checks distributed by the trustee relating to this case may NOT have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $158,645.58 | |
| Less amount refunded to debtor: | $25.73 | |
| **NET RECEIPTS:** | | $158,619.85 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $1,887.44 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $12,147.27 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $14,034.71 |
| Attorney fees paid and disclosed by debtor: | $600.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AR RESOURCES, INC. | Unsecured | 369.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | Unsecured | 1,509.00 | 1,523.84 | 1,523.84 | 766.28 | .00 |
| CREATIVE ALTERNATIVES, LLC. | Unsecured | NA | NA | NA | .00 | .00 |
| DATEK ONLINE | Unsecured | 4,373.00 | NA | NA | .00 | .00 |
| FINGERHUT CREDIT ADVANTAGE | Unsecured | 1,015.00 | 1,015.34 | 1,015.34 | 502.24 | .00 |
| FINGERHUT CREDIT ADVANTAGE | Unsecured | NA | NA | NA | .00 | .00 |
| FORD MOTOR CREDIT | Secured | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 1,200.00 | 2,934.02 | 2,934.02 | 2,934.02 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 709.89 | 709.89 | 351.15 | .00 |
| MERCEDES BENZ CREDIT CORP | Secured | NA | NA | NA | .00 | .00 |
| MERCEDES BENZ CREDIT CORP | Secured | NA | NA | NA | .00 | .00 |
| MOSTAFA SHAFIE | Unsecured | 200,000.00 | 216,666.00 | 216,666.00 | 108,953.34 | .00 |
| NEWPORT NEWS, INC. | Unsecured | 59.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re: ZHILA SALAHSHOUR-ASL                                                        Case No.: 05-11503-SSM

Debtors

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| NEXTEL COMMUNICATION | Unsecured | 1,033.00 | NA | NA | .00 | .00 |
| PRINCE WILLIAM COUNTY | Priority | NA | 1,313.81 | .00 | .00 | .00 |
| PRINCE WILLIAM COUNTY | Secured | 4,000.00 | 3,631.60 | 1,866.76 | 1,866.76 | .00 |
| PRINCE WILLIAM HOSPITAL | Unsecured | 1,878.00 | NA | NA | .00 | .00 |
| PRINCE WILLIAM HOSPITAL | Unsecured | 129.00 | NA | NA | .00 | .00 |
| SALLIE MAE | Unsecured | NA | .00 | .00 | .00 | .00 |
| SALLIE MAE, INC. | Unsecured | NA | 14,487.63 | .00 | .00 | .00 |
| SAXON MORTGAGE SERVICES, INC | Secured | 25,000.00 | 39,650.52 | 18,503.52 | 18,503.52 | .00 |
| SELECT PORTFOLIO SERVICING, INC. | Secured | 12,118.07 | 12,118.07 | 3,433.49 | 3,433.49 | .00 |
| STORK RADIO, LLC | Unsecured | 60.00 | NA | NA | .00 | .00 |
| UNITED STUDENT AID FUNDS INC | Unsecured | NA | NA | NA | .00 | .00 |
| UNITED STUDENT AID FUNDS INC | Unsecured | NA | NA | NA | .00 | .00 |
| US DEPARTMENT OF EDUCATION | Unsecured | NA | 42,400.03 | .00 | .00 | .00 |
| US DEPT OF ED/ FISL/ATL | Unsecured | NA | NA | NA | .00 | .00 |
| USA ENTERPRISES/FASHION BUG | Unsecured | 295.00 | NA | NA | .00 | .00 |
| VERIZON LAND LINE | Unsecured | 512.00 | NA | NA | .00 | .00 |
| VIRGINIA DEPT. OF TAXATION | Priority | 7,000.00 | 6,463.47 | 6,463.47 | 6,463.47 | .00 |
| VIRGINIA DEPT. OF TAXATION | Unsecured | NA | 1,612.50 | 1,612.50 | 810.87 | .00 |

# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re: ZHILA SALAHSHOUR-ASL                                              Case No.: 05-11503-SSM

Debtors

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| VIRGINIA WOMEN'S HEALTH ASSOC. | Unsecured | 470.00 | NA | NA | .00 | .00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | 21,937.01 | 21,937.01 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | 1,866.76 | 1,866.76 | .00 |
| **TOTAL SECURED:** | 23,803.77 | 23,803.77 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 9,397.49 | 9,397.49 | .00 |
| **TOTAL PRIORITY:** | 9,397.49 | 9,397.49 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 221,527.57 | 111,383.88 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $14,034.71 |
| Disbursements to Creditors: | $144,585.14 |
| **TOTAL DISBURSEMENTS:** | $158,619.85 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Date: 07/09/2009                By: /s/Thomas P. Gorman
                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.