Form B16B
12/94

UNITED STATES BANKRUPTCY COURT

_____ DISTRICT OF _____

In re **Zhila Salahshour asl**,
   Debtor

Case No. **05-11503**

Chapter **13 → 7**

FILED 2011 OCT 17 P 12:25 CLERK US BANKRUPTCY COURT ALEXANDRIA DIVISION

Motion to return unclaimed Funds.

This is a motion to claim the unclaimed Fund on my chapter 13 case. The case was later converted to chapter 7 and discharged, and there is ~~an~~ money left over that I need to claim. As of Nov 1st 2011, my address will change. The new address will be recieving my forwarded mail. The new address will be 25378 Whippoorville Terr. Chantily VA. 20152

Thanks
Zhila Salahshour. asl



As of Nov 1st, 2011
The new address will be
25378 whipporville Terr.
Chant'ly VA. 20152

PRITI CHOWDHARY
Notary Public
Commonwealth of Virginia
7236669
My Commission Expires Oct 31, 2013

10/17/11

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing was sent via first class mail to the U.S. Trustee, Trustee and all interested parties on this ___17___ day of ___Oct___, 20_11_.

_[signature]_