**RECEIVED**

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRIGINA
ALEXANDRIA DIVISION

OCT 27 2020

ALEXANDRIA DIVISION
US BANKRUPTCY COURT

| | | |
|---|---|---|
| In Re:   Zhila Salahshour-Asl | * | Case No. 05-11503-SSM |
| | * | |
| Creditor | * | Chapter 13 |

### MOTION FOR THE RECOVERY OF UNCLAIMED FUNDS

COMES NOW, Mostafa Shafie claimant and creditor("Claimant") in the above-captioned case, hereby petitions the court for $2,660.09 which is the sum of all monies being held in the US Treasury of this court as unclaimed funds, which are due to Claimant. A dividend check in the amount of $2,660.09 was not negotiated by the claimant and the Trustee, pursuant to 11 U.S.C. Section 347 (a), delivered the unclaimed funds to the Clerk, US Bankruptcy Court.

The claimant did not receive the dividend check in the above case for the following reasons:

<u>Dividends were not collected by the claimant, **Mostafa Shafie** because when the Trustee filed the report of Unclaimed funds, the Claimant does not recall receiving it or the check and he was unaware of the unclaimed fund amount.</u>

Furthermore, Claimant now seeks to recover funds from the Court's Registry. Claimant's current address is 11313 Peep Toad Court, Fairfax, VA 22030 Claimant humbly asks that the check be made payable to:

Mostafa Shafie
11313 Peep Toad Court
Fairfax, Virginia 22030

Wherefore, Claimant prays, that upon proper notice to the U.S. Attorney's office, the court orders a check in the amount of $2,660.09 made payable to Mostafa Shafie.

Date: 10-26-20

SUBSCRIBED AND SWORN TO BEFORE ME this 26th day of October 20 20, in the County of Fairfax, State of Virginia.

Signature of Notary Public
Date Commission Expires: 12/31/2021

[Notary Seal: MARIAM FIGUIGUI, NOTARY PUBLIC, REG. 7746384, COMMONWEALTH OF VIRGINIA]

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRIGINA
ALEXANDRIA DIVISION

In Re:   Zhila Salahshour-Asl          *          Case No. 05-11503-SSM
                                       *
         Creditor                      *          Chapter 13

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __27__ day of __Oct__, 2020, a copy of the foregoing Motion to Recover Unclaimed Funds was served by first class mail, postage, prepaid, by hand delivery, and/or electronic case filing system to:

U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA  22314

U.S. Attorney
2100 Jamieson Ave
Alexandria, VA  22314

Date: _10-27-20_

_____
Mostafa Shafie, Claimant
11313 Peep Toad Court
Fairfax, VA 22030
(703) 298-2063

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRIGINA
ALEXANDRIA DIVISION

In Re:   Zhila Salahshour-Asl          *          Case No. 05-11503-SSM
                                       *
Creditor                               *          Chapter 13

**NOTICE OF MOTION TO RECOVER UNCLAIMED FUNDS**

Mostafa Shafie, claimant and creditor("Claimant") in the above referenced case has filed a Motion to Recover Unclaimed Funds.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not wish the Court to grant relief sought in the motions, or if you want the Court to consider your views on the motions, then on or about 21 days from the date of this motion, you or your attorney must:

File with the Court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). You must also mail a copy to:

US Bankruptcy Court
Attn: Clerk of Court
200 S. Washington St.
Alexandria, VA  22314-5405

**Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granted the requested relief without further notice or hearing. You must also mail a copy to the persons listed below.**

U.S. Trustee                                      U.S. Attorney
1725 Duke Street, Suite 650                       2100 Jamieson Ave
Alexandria, VA  22314                             Alexandria, VA  22314

Date: /0 -27-20

_____
Mostafa Shafie, Claimant
11313 Peep Toad Court
Fairfax, VA  22030
(703) 298-2063

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRIGINA
ALEXANDRIA DIVISION

In Re:   Zhila Salahshour-Asl           *        Case No.  05-11503-SSM
                                         *
         Creditor                        *        Chapter 13

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___27___ day of ___Oct___, 2020, a copy of the foregoing Notice of Motion to Recover Unclaimed Funds was served by first class mail, postage, prepaid, by hand delivery, and/or electronic case filing system to:

U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA  22314

U.S. Attorney
2100 Jamieson Ave
Alexandria, VA  22314

Date: 10/27/20

Mostafa Shafie, Claimant
11313 Peep Toad Court
Fairfax, VA 22030
(703) 298-2063



# UNITED STATES BANKRUPTCY COURT

# FOR THE

# EASTERN DISTRICT OF VIRGINIA

In Re:
Zhila Salahshour-Asl                         Case # 05-11503-SSM

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check, or checks, payable to the "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. Unclaimed funds represent the dividend(s) due and payable to the entity identified as the original payee on the face of the enclosed check(s).

PAYEE                                        AMOUNT

Mostafa Shafie                               $2,660.09
11313 Peep Toad Court
Fairfax, VA 22030


Dated:      September 23, 2009      __/s/Thomas P. Gorman_____
                                    Thomas P. Gorman
                                    300 North Washington Street, Ste. 400
                                    Alexandria, VA 22314
                                    (703) 836-2226
                                    VSB#26421

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRIGINA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In Re:   Zhila Salahshour-Asl | * | Case No. 05-11503-SSM |
| | * | |
| Creditor | * | Chapter 13 |

## ORDER FOR RETURN OF UNCLAIMED FUNDS

A Motion for Return of Unclaimed Funds having been filed pursuant to Local Bankruptcy Rule 3011-1, said motion having been served on the United States and the United States Attorney for the Eastern District of Virginia and there being no objections filed; it is

**ORDERED** that the unclaimed funds in the amount of $2,660.09 be currently on deposit with the Treasury of the United States, be returned to:

Mostafa Shafie, Claimant
11313 Peep Toad Court
Fairfax, VA 22030

Let the Clerk give notice of entry of this order to the creditor(s), attorney for creditor(s), movant, attorney for movant, if applicable, trustee and the United States Trustee.

Date: _____       _____
United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:

_____



U.S. Bankruptcy Court
Attn: Clerk of Court
200 S. Washington St.
Alexandria, VA 22314-5405