# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
###       Alexandria       Division

**In re** Zhila Salahshour-asl                                    **Case No.** 05-11503-BFK

**Debtor(s)**                                    **Chapter** 7

## ORDER FOR RETURN OF UNCLAIMED FUNDS

A Motion for Return of Unclaimed Funds having been filed pursuant to Local Bankruptcy Rule 3011-1, said motion having been served on the United States Trustee and the United States Attorney for the Eastern District of Virginia and there being no objections filed; it is

**ORDERED** that the unclaimed funds in the amount of $ 2660.09, currently on deposit with the Treasury of the United States, be returned to:

> Mostafa Shafie
> 11313 Peep Toad Court
> Fairfax, VA 22030

Let the Clerk give notice of entry of this order to the debtor(s), attorney for debtor(s), movant, attorney for movant, if applicable, trustee and United States Trustee.

Date: Dec 4 2020                    /s/ Brian F Kenney
                                    United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:
December 4, 2020

pc: Financial Administrator

[ounclmfd ver. 03/06]